UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DERRICK HALL,

    Plaintiff,

Case No. 2:11-CV-57

v.

Hon. Gordon J. Quist

JEFF WOODS, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Plaintiff on August 17, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 17, 2012, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion For Summary Judgment (docket no. 21) is **GRANTED**, and Plaintiff's complaint is **dismissed with prejudice**.

A separate judgment will issue.

This case is **concluded**.

Dated: September 11, 2012

                /s/ Gordon J. Quist
              GORDON J. QUIST
        UNITED STATES DISTRICT JUDGE